# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

PASCUAL  ROMAN

(Name and Address of Defendant)

**FILED**

NOV - 1 2007  *rg*

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

MAGISTRATE JUDGE KEYS

**CRIMINAL COMPLAINT**

CASE NUMBER:

**07CR    717**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___5/7/1992___ in ___Cook___ county, in the

___Northern___ District of ___Illinois___ defendant(s) did, (Track Statutory Language of Offense)

move and travel in interstate commerce to avoid prosecution for the Illinois felony of First Degree Murder

in violation of Title ___18___ United States Code, Section(s) ___1073___.

I further state that I am a(n) __FBI Special Agent__ and that this complaint is based on the following
<span>Official Title</span>

facts:

### SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ■ Yes   ____ No

_____
Signature of Complainant
**DENNARIS T. COLEMAN**
**Special Agent**
**Federal Bureau of Investigation**

Sworn to before me and subscribed in my presence,

__November 1,  2007__          at     __Chicago, Illinois__
Date                                                    City and State

__ARLANDER KEYS    United States Magistrate Judge__      _____
Name & Title of Judicial Officer                                Signature of Judicial Officer

STATE OF ILLINOIS    )
                     )  ss
COUNTY OF COOK       )

A F F I D A V I T

I, Dennaris T. Coleman, being duly sworn, depose and say:

1.  I am employed as a Special Agent (SA) of the Federal Bureau of Investigation (FBI), Department of Justice, and have been so employed for five (5) years.  I am currently assigned to the FBI Violent Crime and Fugitive Task Force and am familiar with fugitive investigations.  The information contained in this affidavit was derived from my own investigation, unless otherwise indicated.

2.  On April 18, 1992, SERGIO MENDES was shot and killed in Chicago, Illinois. Subsequent investigation by the Chicago Police Department (CPD) identified PASCUAL ROMAN as the suspect in the murder.  On May 9, 1992, the Circuit Court of Cook County, Illinois, issued a warrant for the arrest of ROMAN after he was charged with one count of first degree murder, a felony.  A copy of the arrest warrant is attached to this affidavit.

3.  Investigation conducted by the FBI and the CPD at the time failed to locate ROMAN in Chicago.  A check with Chicago Public Schools revealed that his children had been removed from school, with their records being sent to Houston, Texas.  It was determined at that time that the children were in fact enrolled at the Spring Branch Middle School in Houston, Texas.

4. Based on this information, on February 3, 1993, the United States charged ROMAN with Unlawful Flight to Avoid

Prosecution (UFAP), 93 CR 083.  A federal arrest warrant for ROMAN was issued at that time.

5.  An attempt to apprehend ROMAN in Texas caused him to flee into Mexico. ROMAN was eventually located in Guerrero, Mexico. As he was a citizen of Mexico, the government of Mexico would not extradite him to the United States at that time.  That being so, in 2001 the federal complaint was dismissed without prejudice on the motion of the United States.

6.  I am aware that in the years since the federal complaint was dismissed, Mexico has entered into agreements with the United States that allow for the extradition of Mexican citizens to the United States to answer to criminal charges. Recent investigation has indicated ROMAN is still in Mexico.

7.  Based upon the information contained in this affidavit, I believe PASCUAL ROMAN fled the State of Illinois to avoid prosecution for first degree murder.

8.  The Cook County State's Attorney's Office will extradite ROMAN when he is apprehended.

Dennaris T. Coleman
Special Agent
Federal Bureau of Investigation

Subscribed and Sworn to before
me this 1st day of November, 2007

ARLANDER KEYS
United States Magistrate Judge

Br 66     0900 Hours

COURT BRANCH     TIME/CALL     OFFICER'S KEY     SHEET     LINE

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS

vs.

Pascual ROMAN

Case No. _____ 92337879

**ARREST WARRANT**

### THE PEOPLE OF THE STATE OF ILLINOIS TO ALL PEACE OFFICERS IN THE STATE -- GREETING:

We command you to arrest   Pascual ROMAN

_____
(Defendant)

for the offense of   **38**    **9-1(a)**      1st Degree Murder

     (Chapter)    (Section)       (Description)

Stated in a charge now pending before this court and that you bring him instanter before The Circuit Court of Cook County at _____

2600 S. California Br 66

(Location)           (Rm)

or, if I am absent or unable to act, the nearest or most accessible court in Cook County or, if this warrant is executed in a county other than Cook, before the nearest or most accessible judge in the county where the arrest is made.

**GEOGRAPHIC LIMITATIONS**

Issued in Cook County   7 May     , 19 92

☐ COOK COUNTY ONLY

☐ COOK, LAKE, McHENRY,
    KANE, DUPAGE, & WILL COUNTIES

☐ STATE WIDE

☒ OTHER   Planet Earth.

Bail Fixed at $   250,000

_____ Fox    222

Judge        Code

WITNESS AURELIA PUCINSKI, CLERK OF THE COURT and the Seal thereof;     5-7 , 19 92

IR         | CB         | SID

Complainant's Name   Det. John Griffin   #20452    Address   3900 S. California

Arresting Officer _____ Star No. _____ Agency/Unit _____

**WHEN ARREST IS MADE IF DEFENDANT MAKES BAIL PLEASE SET COURT DATE FOR** _____

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY

CCG-58-50M-10-16-90000778