Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 717 | **DATE** | 11/1/2007 |
| **CASE TITLE** | USA vs. Pascual Roman | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to Pascual Roman.

| | Courtroom Deputy Initials: | AC |
|---|---|---|